Revised 02/04

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Troy Tooling Technologies, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

☐  **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:  
Address:

**(For additional names, attach an addendum to this form)**

■  **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **December 30, 2014**

**/s/ Dennis Allan Cedar**  
Signature of Authorized Individual  
For Corporation Debtor

**Dennis Allan Cedar**  
Print Name

**Sole Member**  
Title